UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN STEINBERG,<br>        Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 1:21-CV-1652 |
| v. | ) <br> ) | (ARBUCKLE, M.J.) |
| PENNSYLVANIA STATE BOARD<br>OF PHARMACY, *et al.*,<br>        Defendants | ) <br> ) <br> ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) Defendants K. Kalonji Johnson, Theresa M. Talbott, Robert B. Frankil, Thomas P. Carey, Patrick M. Green, Juan A. Ruiz, Kerry E. Maloney, and Theodore Stauffer's Motion to Dismiss (Doc. 27) is GRANTED.

(2) Leave to amend is DENIED.

(3) The Clerk of Court is DIRECTED to CLOSE this case.


Date: July 18, 2022　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge